# Court of Appeals
# of the State of Georgia

ATLANTA, June 24, 2025

*The Court of Appeals hereby passes the following order:*

## A25E0143.  WOODARD v. BROOKS et al.

Upon consideration of Petitioner Timothy Woodard's "Inmate Form for Civil Actions," which we have construed as a petition for mandamus, the same is hereby DENIED. See Ga. Const. of 1983, Art. VI, Sec. I, Par. IV; Art. VI, Sec. V, Par. III; Court of Appeals Rule 40 (c).



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 06/24/2025

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*